IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 4:13-CR-0222 |
| | : | |
| v. | : | (Judge Brann) |
| | : | |
| CLYDE MIDDLETON | : | |
| | : | |
| Defendant. | : | |

## ORDER

APRIL 7, 2017

**IT IS ORDERED THAT** an in-person status conference is scheduled for **April 10, 2017** at **11:00 a.m.** in Chambers, Suite 401, Fourth Floor, United States Courthouse and Federal Building, 240 West Third Street, Williamsport, Pennsylvania.

BY THE COURT:

*s/Matthew W. Brann*
Matthew W. Brann
United States District Judge