**UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : NO. 4:13-CR-222 |
| VS. | : |
| | : **Judge Brann** |
| **Clyde Kevin Middleton** | |

**ORDER**

AND NOW, this __8th__ day of December, 2017, the Motion of Defendant Middleton for additional time to file objection to the presentence report is GRANTED. Defendant Middleton shall file his objections on or before January 8, 2018.

BY THE COURT,

*s/ Matthew W. Brann*
_____